ORIGINAL

# In The United States Court of Federal Claims

No. 98-897 L

(Filed: March 25, 2005)

FILED
MAR 25 2005
U.S. COURT OF FEDERAL CLAIMS

ROBERT BRACE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A site visit will be held in this case on Friday, April 8, 2005, at 10:00 a.m., at the site of the Brace Farm in Erie County, Pennsylvania.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge