# In The United States Court of Federal Claims

No. 98-897 L

(Filed: April 12, 2005)

ROBERT BRACE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 8, 2005, plaintiff filed an unopposed motion for enlargement of time with respect to the filing deadline for post-trial briefing. That motion is hereby **GRANTED**. Accordingly,

1. On or before April 19, 2005, the parties shall file their initial post-trial briefs.

2. On or before May 19, 2005, the parties shall file their post-trial reply briefs.

3. All other deadlines previously established in this matter shall remain unchanged.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge