IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT BRACE, | ) | |
| Plaintiff, | ) | Civil Action No. 98-897 L |
| v. | ) | Hon. Francis M. Allegra |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED THE PAGE LIMITS FOR PLAINTIFFS' POST-TRIAL BRIEF**

Plaintiff moves to exceed the page limit set forth in the Court's order of Feburary 25, 2005. Given the complex nature of this case, Plaintiff will need twenty additional pages in which to adequately brief the case.

Defendant's counsel does not oppose the granting of this Motion.

Accordingly, plaintiff respectfully requests twenty additional pages for their post-trial brief.

Respectfully submitted,

__s/ Nancie G. Marzulla____

Nancie G. Marzulla
Defenders of Property Rights
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6770
202-822-6774 (facsimile)
Counsel for Plaintiff

Dated: April 18, 2005