**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT BRACE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 98-897 L** |
| | ) | **Hon. Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME OF TWO BUSINESS DAYS IN WHICH TO FILE POST-TRIAL BRIEF**

Defendant hereby respectfully moves for an enlargement of time of two days, or to and including Thursday, April 21, 2005, in which to file its Post-trial Brief

Defendant's Post-trial Brief is due Tuesday, April 19, 2005.

No previous enlargement of time has been sought by defendant for filing the Post-trial Brief.

This motion for an enlargement of time is filed for good cause. Counsel of record, Susan V. Cook, has been appointed acting Assistant Chief in the General Litigation Section beginning Monday, April 25, 2005. In anticipation of this transition, unexpected and time-consuming issues have arisen recently that have impacted her ability to assist in completing the Pre-trial Brief by the filing date.

Counsel for defendant has contacted counsel for plaintiff, who advises that he

has no objection to the granting of this motion for enlargement of time.

Dated: April 19, 2005.

Respectfully submitted,

KELLY JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook by s/ Sydney F. Cook

SUSAN V. COOK, Senior Attorney
General Litigation Section
Environment & Natural Resource Division
United States Department of Justice
Post Office Box 663
Washington, D.C. 20044-0663
202-305-0470; FAX: 202-514-8164
Email: susan.cook@usdoj.gov

Attorney for Defendant