# In The United States Court of Federal Claims

No. 98-897 L

(Filed: April 19, 2005)

ROBERT BRACE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 18, 2005, plaintiff filed an unopposed motion to exceed by twenty pages the page limit previously established for its post-trial brief. That motion is hereby **GRANTED**. Accordingly, the parties' initial post-trial briefs shall not exceed seventy pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge