#06 5503

ORIGINAL

# United States District Court of Federal Claims

FILED
OCT 2 2006
U.S. COURT OF FEDERAL CLAIMS

No. 98-897 L

ROBERT BRACE, )
)
Plaintiff )
)
v ) Notice of Appeal
)
THE UNITED STATES, )
)
Defendant )

Notice is hereby given that Robert Brace, in the above mentioned case, hereby appeals to the United States Court of Appeal for the Federal Circuit from a Final Judgment entered in this action on the 4th day of August, 2006.

Norman A. Stark

Norman A. Stark, CPA, Esq.
PA No. 63256
100 State Street, Suite 210
Erie, PA 16507
nstark@starkfirm.com